# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-6754-GW(MRWx) | Date | November 9, 2017 |
|---|---|---|---|
| Title | *Anait Avetisyan v. Citibank, N.A., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: None Present

Attorneys Present for Defendants: None Present

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 8, 2017, Plaintiff Anait Avetisyan filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for December 21, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed prior to the date.

All previously set deadlines and dates are vacated and taken off-calendar.

Initials of Preparer  JG