JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAIT AVETISYAN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC.<br>　　　　Defendant(s). | Case No.: CV 17-6754-GW(MRWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Upon review of the Stipulation for Dismissal with Prejudice of Experian Information Solutions, Inc., filed by Plaintiff Anait Avetisyan and Defendant Experian Information Solutions, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is GRANTED. The above entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc., only, with the parties to bear their own costs and attorney's fees. The Clerk shall terminate Defendant Experian Information Solutions, Inc. as a party in this action; and the Clerk of the Court shall remove Defendant Experian Information Solutions, Inc. and its attorneys of record from receiving ECF Notifications.

Dated: April 27, 2018

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GEORGE H. WU,
　　　　　　　　　　　　　　　United States District Judge